UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

TIMOTHY D. WILLIAMS,

    Plaintiff,

and,

STATE OF WISCONSIN
DEPARTMENT OF HEALTH SERVICE,
BLUE CROSS BLUE SHIELD OF WISCONSIN,
COMPCARE HEALTH SERVICES,
INSURANCE CORPORATION

    Involuntary Plaintiffs,

v.

WALMART CLAIMS SERVICES, INC.,
ABC CORPORATION,

    Defendants.

Case No. 21-cv-00580

## STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, that this action may be dismissed in its entirety, on the merits, with prejudice and without costs or further notice to any party.

Dated this 8 day of November, 2021.

    **J. RICHARD LAW OFFICES, LLC**
    Attorneys for Plaintiff, Timothy D. Williams

    By: /s/ *Electronically signed by Jason S. Richard*
    Jason S. Richard    SBN: 1032068
    740 N. Plankinton Avenue, Suite 800
    Milwaukee, WI 53203
    jason@jrichardlaw.com

Dated this 8 day of November, 2021.

          **STATE OF WI DHS – OFFICE OF LEGAL COUNSEL**
          Attorneys for Involuntary Plaintiff, State of Wisconsin Department of Health Services

          By: /s/ *electronically signed by Jeremiah Streck*
          Jeremiah Streck        SBN: 1099754
          1 W. Wilson Street
          P.O. Box 7850
          Madison, WI 53707--7850
          *jeremiah.streck@dhs.wisconsin.gov*

Dated this 8 day of November, 2021.

          **MWH LAW GROUP LLP**
          Attorneys for Defendants, Walmart Claims Services, Inc.

          By: /s/ *Electronically signed by Vincent Vigil*
          Vincent Vigil        SBN 1120981
          735 N. Water Street, Suite 610
          Milwaukee, WI 53202
          *vincent.vigil@mwhlawgroup.com*